Robert J. Bergson (RB 5271)
rbergson@agmblaw.com
Eric B. Post (EP 6997)
epost@agmblaw.com
ABRAMS GARFINKEL
MARGOLIS BERGSON, LLP
1430 Broadway, 17th Floor
New York, NY 10018
(212) 201-1170

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HOTI ENTERPRISES, LP,

                Plaintiff,

                -against-

ANDY PANKEN, STERN KEISER & PANKEN, LLP, LAWRENCE REICH, JEFFREY REICH, REICH, REICH & REICH PC, DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP, ROBERT L. RATTET, JAMES B. GLUCKMAN, RATTET PASTERNAK, LLP F/K/A/ RATTET, PASTERNAK & GORDON-OLIVER, LLP, TANYA DWYER, DAVID S. HAMILTON, DWYER & ASSOCIATES, LLC, FRANK C. CARONE, FRANK R. SEDDIO, ABRAMS FENSTERMAN, LLP F/K/A SEDDIO AND CARONE, PLLC, AND CARL E. PERSON,

                Defendants.
------------------------------------------------------------------------x

Civil Action No.
CV 14-0293 (ENV) (SMG)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Rattet Pasternak, LLP, f/k/a Rattet, Pasternak & Gorden Oliver, LLP ("Rattet Pasternak") a nongovernmental corporate party, certifies that (1) Rattet Pasternak is not a publicly held corporation, (2) Rattet Pasternak has no parent

corporation and (3) there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       January 14, 2014

                                  ABRAMS GARFINKEL
                                  MARGOLIS BERGSON, LLP

                                  By: _____
                                    Robert J. Bergson (RB 5271)
                                    Eric B. Post (EP 6997)
                                  1430 Broadway, 17th Floor
                                  New York, New York 10018
                                  Telephone: (212) 201-1170
                                  E-mail: rbergson@agmblaw.com
                                          epost@agmblaw.com

                                  *Attorneys for Robert L. Rattet, James B. Glucksman and Rattet Pasternak, LLP f/k/a Rattet, Pasternak & Gordon-Oliver, LLP*