UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOTI ENTERPRISES, LP,

        Plaintiff,

- against -

ANDY PANKE, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
CV-14-293 (ENV)

**GOLD, Magistrate Judge:**

    Defendant's application extending the time to February 21, 2014 for <u>all</u> defendants to respond to the complaint is GRANTED as unopposed.

    An in-person conference will be held at 10:00 a.m. March 5, 2014. Counsel for all parties and any parties who may not yet have representation must attend. Plaintiff is directed to serve a copy of this Order, return receipt requested, on all parties and file a copy of the receipt with the Court.

    Plaintiff is further directed to serve a copy of this Order on the Southern District of New York bankruptcy trustee who is encouraged to attend the conference so that the Court may discuss with the parties what impact, if any, the pending bankruptcy case may have on the proceedings in this case.

**DATED: Brooklyn, New York**
        **January 31, 2014**

                                                    __s/_____
                                                **STEVEN M. GOLD**
                                                **UNITED STATES MAGISTRATE JUDGE**