# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | May 28, 2014 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-14-293 (ENV) |
| **NAME OF CASE** | HOTI ENTERPRISES, LP V. PANKE ET AL |
| **FOR PLAINTIFF(S):** | Sklavos |
| **FOR DEFENDANT(S):** | Zelermyer for Reich, et al., Chatzinoff for Carone, et al., Ederer for Panken, et al., Bergson for Glucksman, et al., Hamilton, pro se,; Pearson, pro se |
| **NEXT CONFERENCE(S):** | (See rulings below) |

**RULINGS FROM STATUS CONFERENCE:**

Plaintiff will respond to defendants' application for a premotion conference in anticipation of seeking transfer to the SDNY Bankruptcy Court by July 15.  Plaintiff may file an amended complaint, on consent, eliminating defendants and causes of action, by July 15.  All times to answer are extended pending further court order.

**(FTR 11:10-11:52)**